**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN EDWARD BARKER,,

                Plaintiff,                21 **CIVIL** 0869 (KPF)

    -against-                            **<u>JUDGMENT</u>**

THE BANCORP, INC.,

                Defendant.
-----------------------------------------------------------X
ALEXANDER JOHN KAMAI,

                Plaintiff,                21 CIVIL 0896(KPF)

    -against-

THE BANCORP, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 08, 2023, Defendant's combined motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 08, 2023

                                                      **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                   **BY:**
                                                         **Deputy Clerk**